Patrick Foley, by Mary Foley, his next friend, appellee, v. Bridget Jennings et al., on appeal of William Albrecht, etc., appellant. Gen. No. 29,620.

Action for personal injuries sustained when struck by automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

John A. Bloomingston, for appellant. C. Helmer Johnson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

M. Gettleman, appellee, v. E. Lebensberger and Luella Lebensberger, appellants. Gen. No. 29,632.

Action to recover balance of purchase price for goods sold and delivered. Petition by defendant to vacate judgment by default. Petition stricken. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy and Hon. C. F. McKinley, Judges, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

Forest Garfield Smith, for appellants. Osborne, Kline & McGurren, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

J. N. Elliott, appellee, v. Ralph Birchard, trading as Birch Motor Cars, appellant. Gen. No. 29,647.

Action to recover money paid for automobile and accessories. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

John C. Burchard, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Milk Producers Co-operative Marketing Company, appellee, v. George Sellas et al., trading as Sellas Brothers, appellants. Gen. No. 29,659.

Action to recover balance due for merchandise sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 28, 1925.

B. M. Shaffner, for appellants. Walter F. Lynch, Aaron Sapiro and Irwin S. Rosenbaum, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.